UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LAURA REEDY, WINDLEY BELL, and JANIE GUZMAN on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs,*<br><br>VS.<br><br>SBMC HEALTHCARE, L.L.C. d/b/a SPRING BRANCH MEDICAL CENTER, MARTY McVEY, McVEY & COMPANY INVESTMENTS, L.L.C. and CIGNA HEALTH AND LIFE INSURANCE COMPANY,<br><br>*Defendants.* | § § § § § § § § § § § § § § § § § | Civil Action No. 4:12-cv-1324<br><br>CONSOLIDATED CASE |

*************************************************************************

| | | |
|---|---|---|
| CHERYL BLACKWELL, LORRAINE BOYD, JANET ISAACSON, JEFF GARDNER, and GLADYS PARKER, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs,*<br><br>VS.<br><br>SBMC HEALTHCARE, L.L.C. d/b/a SPRING BRANCH MEDICAL CENTER, MCVEY & COMPANY INVESTMENTS, L.L.C., MARTY MCVEY and CIGNA HEALTH AND LIFE INSURANCE COMPANY,<br><br>*Defendants.* | § § § § § § § § § § § § § § § § § § | Civil Action No. 4:12-cv-2066 |

1

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE ANSWER OR RESPONSIVE PLEADING

Before the Court is the Unopposed Motion for Extension of Time for Defendant SBMC Healthcare, L.L.C d/b/a Spring Branch Medical Center to File an Answer or Responsive Pleading, filed by Defendant. After reviewing the Motion, the responses thereto, if any, and all applicable law, it is **ORDERED** that the Motion is **GRANTED.** It is further,

**ORDERED** that the new deadline for Defendant SBMC Healthcare, LLC to answer or otherwise respond for this matter is November 29, 2012.

The Clerk shall enter this order, and provide a true copy to all counsel of record.

SIGNED this 26th day of November, 2012.

_____
UNITED STATES DISTRICT JUDGE